IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL J. HENRY III, | : | Civil No. 3:21-cv-247 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| YORK COUNTY, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 8th day of March, 2022, upon consideration of the motion (Doc. 25) to dismiss filed by PrimeCare Medical, Inc., Thomas Weber, William D. Cattell, M.D., Patricia Bennett, RN, Tammy Ruiz, Emily Glackin Lee, and Bette Ann Becker, LPN, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 25) is **GRANTED**.

2. The claims against by PrimeCare Medical, Inc., Thomas Weber, William D. Cattell, M.D., Patricia Bennett, RN, Tammy Ruiz, Emily Glackin Lee, and Bette Ann Becker, LPN are **DISMISSED**.

3. The Clerk of Court is directed to **TERMINATE** PrimeCare Medical, Inc., Thomas Weber, William D. Cattell, M.D., Patricia Bennett, RN, Tammy Ruiz, Emily Glackin Lee, and Bette Ann Becker, LPN as Defendants in this action.

4.  Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge