IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL J. HENRY III, | : Civil No. 3:21-cv-247 |
| Plaintiff | : (Judge Mariani) |
| v. | : |
| YORK COUNTY, *et al.*, | : |
| Defendants | : |

## ORDER

**AND NOW**, this __22ND__ day of March, 2022, upon consideration of the motion (Doc. 21) to dismiss filed by the York County Defendants, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 21) is **GRANTED**.

2. The claims against York County, Michelle Pokrifka, Donald L. Reihart, York County Prison Board, Clair Doll, Adam Ogle, Valerie Conway, Unit Manager Hartman, Captain Snyder, Captain Cuti, Lieutenant Cessna, Lieutenant Collins, Sergeant Curry, Sergeant Fetrow, CERT Officer Bolden, Correctional Officer Henry, Correctional Counsel Crist Grievance Coordinator, and Counselor Gail are **DISMISSED**.

3. The claims against the John Doe Defendants are **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to **CLOSE** this case.

5.  Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge